UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SUSAN GUITY MENA on behalf of NJS,

                        Plaintiff,                      **ORDER**

      -against-                     20 Civ. 1179 (KMK)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------X

      On December 30, 2020, Plaintiff filed a motion for attorneys' fees. (Docket No. 17).

Defendant has until February 4, 2021 to respond, or the motion will be deemed unopposed.

Dated:   January 28, 2021
         White Plains, New York

                               **SO ORDERED:**

                               JUDITH C. McCARTHY
                               United States Magistrate Judge